IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JAMES VANCE and
MELISSA VANCE,

    Plaintiffs,

v.                                        CIVIL ACTION NO.: 2:22-cv-00593

MINGO LOGAN COAL LLC,
ARCH RESOURCES, INC. f/k/a
ARCH COAL, INC.,

    Defendants.

## AGREED DISMISSAL ORDER

On this day came Plaintiff James Vance, by counsel, Robert B. Warner, Andrew D. Byrd, and the law firm of Warner Law Offices, PLLC, and Defendant Mingo Logan Coal LLC, by counsel, C. David Morrison, Michael J. Moore and the law firm of Steptoe & Johnson PLLC, and announced to the Court that all matters in controversy in the above-captioned civil action have been fully compromised, agreed and settled. Plaintiff James Vance and Defendant Mingo Logan Coal LLC, therefore, jointly moved the Court to dismiss this action, with prejudice.[1]

There being no objection, and the Court perceiving none, it is **ORDERED** that this action is dismissed, with prejudice, and that all parties bear their own costs in this matter.

It is **ORDERED** that the Clerk of the Court provide counsel of record for each party with an attested copy of this Order.

ENTER: _____

_____
The Honorable Judge Joseph R. Goodwin

---

[1] The claims of Plaintiff Melissa Vance and the claims against Defendant Arch Resources, Inc. f/k/a Arch Coal, Inc. were voluntarily dismissed, with prejudice, by stipulations filed on December 9. 2024 [Docket Entry #106], and December 11, 2024 [Docket Entry #107].

| PREPARED BY: | APPROVED BY: |
|---|---|
| */s/ Michael J. Moore (with permission)* | */s/ Andrew D. Byrd* |

| C. David Morrison | (WV ID# 2643) | Robert B. Warner | (WV ID# 7905) |
| Michael J. Moore | (WV ID# 12009) | Andrew D. Byrd | (WV ID# 11068) |

STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000

WARNER LAW OFFICES, PLLC
227 Capitol Street
Post Office Box 3327
Charleston, WV 25333
(304) 345-6789

*Counsel for Defendants*

*Counsel for Plaintiffs*